407 A.2d 1307

**In re SCRANTON SURFACE PROTECTIVE ASSOCIATION SPECIAL FUND, a/k/a W. W. Scranton Fund.**

**APPEAL of LUZERNE–LACKAWANNA ENVIRONMENTAL COUNCIL, a Division of American Lung Association of Northeastern Pennsylvania.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

Amil M. Minora, Scranton, Lackawanna County, Hershel J. Richman, Philadelphia, for appellant.

Roger Mattes, Scranton, Lackawanna County, for appellee.

Kenneth A. Rhodes, James A. Reid, Scranton, Lackawanna County, for Lackawanna Historical Society of Scranton, etc.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Costs to be paid from the fund in controversy.

MANDERINO, J., did not participate in this decision.